[Criminal No. 82.]

TERRITORY OF ARIZONA, Respondent, v. JOHN C.
HOWARD, Appellant.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. John J. Hawkins,
Judge.

H. F. Andrews, for Appellant.

F. J. Heney, Attorney-General, and R. E. Morrison, District Attorney, for Respondent.

January 15, 1894.  Dismissed on motion of Attorney-General, defendant having been pardoned by Governor.

---

[Civil No. 418.]

FRANK VOMOCIL, Appellant, v. C. V. MOOTE, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Yuma. A. C. Baker, Judge.

S. M. Franklin, for Appellee.

January 16, 1894.  Dismissed.